# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 16-03062-01-CR-S-RK |
| DANNY R. JONES, et. al., | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's *pro se* Motion to Withdraw Plea filed without the assistance of his attorney. (Doc. 334.) On June 21, 2016, the Court entered a Scheduling and Trial Order, specifically instructing that pro se filings will not be accepted by defendants who are represented by counsel. (Doc. 18, § VI). Further, the Court is not obligated to address *pro se* motions filed by defendants who are represented by counsel. *See United States v. Tollefson,* 853 F.3d 481, 485 (8th Cir. 2017), *citing Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001) (A "court is not required to entertain pro se motions filed by a represented party," particularly where they do not request to proceed pro se). Because the Court has appointed counsel in this matter, the motion is **DENIED without prejudice**. Any request of the Court must be raised by and through Defendant's attorney.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE:  October 15, 2018